**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF**
**AMERICA,**

                                                          :

            **Plaintiff,**

                                                              **Case No. 2:21-cr-114**
    **v.**                                                    **Judge Sarah D. Morrison**


**JOSHUA T. HAYNES,**                  :

            **Defendant.**


### ORDER

This matter is before the Court for consideration of a Report and

Recommendation issued by Magistrate Judge King on July 21, 2021. (ECF No. 26.)

The time for filing objections to the Report and Recommendation has passed, and no

objections have been filed. Therefore, the Court ADOPTS the Report and

Recommendation. For the reasons set forth in the Report and Recommendation,

Defendant Joshua Haynes's plea of guilty to Count 1 of the Information (ECF No.

17) is **ACCEPTED**.


        **IT IS SO ORDERED.**


                                        /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**